1  BENJAMIN B. WAGNER
   United States Attorney
2  SARALYN M. ANG-OLSON, SBN 197404
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    2;10-cv-00160-MCE-KJM
                                    )
12          Plaintiff,              )    **APPLICATION AND ORDER FOR**
                                    )    **PUBLICATION**
13     v.                           )
                                    )
14 APPROXIMATELY $56,690.00 IN      )
   U.S. CURRENCY,                   )
15                                  )
            Defendant.              )
16 _____  )

17      The United States of America, Plaintiff herein, applies for
18 an order of publication as follows:
19      1.  Rule G(4) of the Supplemental Rules for Admiralty or
20 Maritime Claims and Asset Forfeiture Actions (hereafter
21 "Supplemental Rules") provides that the Plaintiff shall cause
22 public notice of the action to be given in a newspaper of general
23 circulation or on the official internet government forfeiture
24 site;
25      2.  Local Rule 171, Eastern District of California, provides
26 that the Court shall designate by order the appropriate newspaper
27 or other vehicle for publication;
28      3.  The defendant Approximately $56,690.00 in U.S. Currency

                                  1    Application and Order for Publication

1  (hereafter "defendant currency") was seized in the city of
2  Redding, in Shasta County, California.  The Drug Enforcement
3  Administration published notice of the non-judicial forfeiture of
4  the defendant currency on October 12, 19, and 26, 2009, in *The*
5  *Wall Street Journal*.
6       4.   Plaintiff proposes that publication be made as follows:
7            a.   One publication;
8            b.   Thirty (30) consecutive days;
9            c.   On the official internet government forfeiture
10 site www.forfeiture.gov;
11           d.   The publication is to include the following:
12                (1)  The Court and case number of the action;
13                (2)  The date of the seizure/posting;
14                (3)  The identity and/or description of the
15 property seized/posted;
16                (4)  The name and address of the attorney for the
17 Plaintiff;
18                (5)  A statement that claims of persons entitled
19 to possession or claiming an interest pursuant to Supplemental
20 Rule G(5) must be filed with the Court and served on the attorney
21 for the Plaintiff no later than 60 days after the first day of
22 publication on the official internet government forfeiture site;
23 and
24                (6)  A statement that answers to the Complaint or
25 a motion under Rule 12 of the Federal Rules of Civil Procedure
26 ("Fed. R. Civ. P.") must be filed and served within 21 days after
27 ///
28 ///

1  the filing of the claims and, in the absence thereof, default may
2  be entered and condemnation ordered.
3  Dated: 1/20/10                    BENJAMIN B. WAGNER
                                     United States Attorney
4
5
                                      /s/ Saralyn M. Ang-Olson
6                                    SARALYN M. ANG-OLSON
                                     Special Assistant U.S. Attorney
7
8
9                                    **ORDER**
10      IT IS SO ORDERED.
11 Dated:  January 22, 2010.

                                     _____
                                     U.S. MAGISTRATE JUDGE